IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JOSHUA ADAM WALDRON,** ) | Civil Action No. 7:17-cv-00246 |
|     Plaintiff, ) | |
| ) | **OPINION** |
| v. ) | |
| ) | By:    James P. Jones |
| **CORRECT CARE** ) | United States District Judge |
| **SOLUTIONS, CCS, et al,** ) | |
|     Defendant(s). ) | |

Joshua Adam Waldron, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 12, 2017, the court directed plaintiff to submit within 20 days from the date of the Order the consent to withholding of fees form in order to complete the application to proceed in forma pauperis. On June 19, 2017 the Order was returned as undeliverable with no forwarding address. On June 26, 2017 a change of address was submitted by plaintiff and the Clerk resent the Order and consent to fee form to his current facility. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 21st day of July, 2017.

/s/James P. Jones
United States District Judge